**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**ANTHONY MARQUEZ,**
**Plaintiff,**
**v.**
**CASE NO: 22-cv-00956-SCY-KK**

**GALLUP POLICE DEPARTMENT,**
**CITY OF GALLUP, CLARISSA MORGAN,**
**Police Officer, In her individual and representative capacity,**
**FRANKLIN BOYD, Chief of Gallup Police Department**
**In his individual and representative capacity,**
**MATTHEW GRAHAM, Police Officer,**
**In his individual and representative capacity,**
**JOHN/JANE DOES 1-4, Police Officer(s)**
**In his/her individual and representative capacity,**
**Defendants.**

## ENTRY OF APPEARANCE

Western Agriculture, Resources and Business Advocates, LLP (A. Blair Dunn, Esq. and Jared R. Vander Dussen) enter their appearance in this matter on behalf of Plaintiff Anthony Marquez. Contact information for counsel for Mr. Marquez is provided below.

Respectfully submitted,

*/s/ A. Blair Dunn*

A. Blair Dunn, Esq.
abdunn@ablairdunn-esq.com
Jared R. Vander Dussen, Esq.
Warba.llp.jared@gmail.com
Western Agriculture, Resource
and Business Law Advocates, LLP
400 Gold St. SW, Suite 1000
Albuquerque, NM 87102
(505)750-3060

CERTIFICATE OF SERVICE

I hereby certify that I filed the foregoing via CM/ECF on December 16, 2022 causing all parties of record to be served via electronic means.

*/s/ A. Blair Dunn*
A. Blair Dunn, Esq.