IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTHONY MARQUEZ,

   Plaintiff,

v.                                                       Civ. No. 22-956 WJ/KK

GALLUP POLICE DEPARTMENT, *et al.*,

   Defendants.

## ORDER STAYING DISCOVERY

THIS MATTER came before the Court at a Telephonic Rule 16 Initial Scheduling Conference held on February 2, 2023. Following a review of the attorneys' Joint Status Report and Provisional Discovery Plan (Doc. 9), filed January 23, 2023, and after conferring with counsel, the Court finds good cause to stay discovery and delay entering a scheduling order at this time. Specifically, the parties desire to focus their resources and time on exploring early settlement negotiations, and as such the Court will be conducting an early Rule 16 Settlement Conference in March or April 2023. Should the case not settle at or before the settlement conference, the Court will enter an order lifting the stay of discovery.

IT IS THEREFORE ORDERED that discovery in this matter is stayed pending completion of a Rule 16 Settlement Conference in this matter.

*/s/ Kirtan Khalsa*
_____
KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE